Filed 7/2/13  P. v. Powell CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>KENNETH A. POWELL,<br><br>    Defendant and Appellant. | 2d Crim. No. B244362<br>(Super. Ct. No. 2008041295)<br>(Ventura County) |

Kenneth A. Powell appeals a judgment of conviction after he expressly waived his constitutional rights and pleaded guilty to 11 counts of grand theft and four counts of theft from an elder person, and admitted great taking and pattern of fraudulent transactions.  (Pen. Code, §§ 487, subd. (a), 368, subd. (a), 12022.6, subd. (a)(1),[1] 186.11, subd. (a).)  The trial court sentenced Powell to 18 years in prison, and awarded him 672 days of presentence custody credit.  The court also imposed a $3,600 restitution fine, a $3,600 parole revocation restitution fine (stayed), a $600 court security assessment, a $525 criminal conviction assessment, and ordered victim restitution.  (*Id.*, §§ 1202.4, subd. (b), 1202.45, 1465.8, subd. (a); Gov. Code, § 70373.)  It then dismissed the remaining counts and allegations on the motion of the prosecutor.

---

[1] (Former § 12022.6, repealed by Stats. 2010, ch.711, § 4, eff. Jan. 1, 2012.)

We appointed counsel to represent Powell in this appeal.  After counsel's examination of the record, he filed an opening brief raising no issues.

On February 22, 2013, we advised Powell by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have not received a response.

We have reviewed the entire record and are satisfied that Powell's attorney has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.


We concur:


YEGAN, J.


PERREN, J.


2

Kevin J. McGee, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.